UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES SANFORD,

          NO. CIV. S-05-1785 LKK/GGH

    Plaintiff,

  v.                              O R D E R

VICORP RESTAURANTS, INC; and
HOWE & UNIVERSITY, LLC,

    Defendants.
_____/

    Pending before the court is defendants' motion to dismiss in the above-captioned case, currently scheduled for January 17, 2006 on the court's Law and Motion Calendar. Defendants assert that this matter should be dismissed pursuant to a settlement agreement by which plaintiff knowingly and affirmatively waived any right to assert the claims alleged in this complaint. The settlement agreement was executed in the matter of <u>Sanford v. Vicorp Restaurants, Inc., et al.</u>, No. Civ. S-03-374 WBS/PAN, which allegedly asserted identical claims as those raised in the instant

1

1  case.

2  Plaintiff's counsel explains that in preparing his opposition
3  to the motion to dismiss, he noticed for the first time that
4  plaintiff's original lawsuit was before the Honorable William B.
5  Shubb and not this court. Plaintiff's counsel stated that he
6  included this paragraph in his opposition to comply with his duty
7  to file a notice of related cases pursuant to Local Rule 83-123(b).

8  Given plaintiff's counsel belated notice of related cases, the
9  court hereby ORDERS as follows:

10  1. The motions to dismiss and for sanctions currently
11  scheduled in the above-captioned case for January 17, 2006 on this
12  court's law and motion calendar are VACATED.

13  2. Plaintiff's counsel is ordered to FILE a formal notice of
14  related cases within five (5) days of this order in the above-
15  captioned case and No. Civ. S-03-0374 WBS/PAN.[1]

16  IT IS SO ORDERED.

17  DATED: January 9, 2006

18            /s/Lawrence K. Karlton
              LAWRENCE K. KARLTON
19            SENIOR JUDGE
              UNITED STATES DISTRICT COURT

---

[1] Although plaintiff's counsel claims that he only noticed for the first time that plaintiff's original law suit was before Judge Shubb and not this court, it is not clear to the court whether the action was refiled for the purpose of obtaining a different Judge or Magistrate Judge, in which case this matter must be assigned to Judge Shubb. See L.R. 83-123(d). This court, however, orders plaintiff to file a formal notice of related cases so that Judge Shubb may determine whether assignment of the cases to a single Judge is likely to effect a savings of judicial effort or other economies. See L.R. 83-123(c).