Charles L. Post, State Bar No. 160443
Lizbeth V. West, State Bar No. 207137
**weintraub genshlea chediak**
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant Howe & University, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>  Plaintiff,<br><br>vs.<br><br>VICORP RESTAURANTS, INC., DBA BAKER'S SQUARE; HOWE & UNIVERSITY, LLC.<br><br>  Defendants. | Case No.:  2:05-CV-01785-WBS-PAN<br><br>CONSENT TO AND [PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEY |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Howe & University, LLC, makes the following substitution:

  1.  Former legal representation:
    Donald M. Wanland, Jr.
    James Patrick Chandler
    Law Offices of Wanland & Spaulding
    705 University Ave.
    Sacramento, CA  95825
    Phone:  (916) 568-6000
    Fax No. (916) 568-6009
    Email: jchandler@wanbern.com

PDF created with pdfFactory trial version www.pdffactory.com

2. New legal representation:
Charles L. Post, State Bar No. 160443
Lizbeth V. West, State Bar No. 207137
weintraub genshlea chediak
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
Email:  cpost@weintraub.com
Phone:  (916) 558-6000
Fax No. (916) 446-1611

3. The party making this substitution is defendant.

4. I consent to this substitution.

Dated:  February 23, 2006         Howe & University, LLC


By:  _____/s/_____
Roger Dreyer


We consent to the above substitution.


Law Offices of Wanland & Spaulding


Dated:  February 23, 2006         By:_____/s/_____
                                         Donald M. Wanland, Jr.


I consent to the above substitution.

weintraub genshlea chediak
law corporation

Dated:  February 27, 2006         By:___/s/ Scott Cameron for_____
                                         Charles L. Post

{9999/CLP/CLP/878112.DOC;}            2            Consent to Substitution of Attorney
PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED

Dated:  March 2, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE