LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
JAMES SANFORD


CHARLES POST, SBN 160443
**WEINTRAUB GENSHLEA CHEDIAK**
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone: (916) 558-6000
Facsimile: (916) 446-1611

Attorneys for Defendant
HOWE & UNIVERSITY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>   Plaintiff,<br><br>   vs.<br><br>VICORP RESTAURANTS, INC. dba BAKER'S SQUARE; HOWE & UNIVERSITY, LLC,<br><br>   Defendants.<br>_____/ | No. CIV.S 05-1785 WBS PAN (JFM)<br><br>**REQUEST FOR DISMISSAL and [PROPOSED] ORDER THEREON OF DEFENDANT HOWE & UNIVERSITY, LLC** |

TO THE COURT AND ALL PARTIES:

Pursuant to a settlement and release agreement between plaintiff, James Sanford ("Mr. Sanford"), and defendant Howe & University, LLC ("Howe & University"), it is hereby requested that this Court enter a dismissal with prejudice

1

**REQUEST FOR DISMISSAL and [PROPOSED] ORDER THEREON OF HOWE & UNIVERSITY, LLC**
*Sanford v. Baker's Square, et al.*, Case No. CIV.S 05-1785 PAN (JFM)

of plaintiff's complaint in the above-entitled action, <u>as to defendant **Howe & University, LLC** only</u>, pursuant to Fed. R. Civ. P. 41.

Nothing in this dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant Howe & University, LLC.

Dated:  __4/27/06_____  LAW OFFICES OF LYNN HUBBARD

By:/s/_____
LYNN HUBBARD III
Attorneys for Plaintiff JAMES SANFORD

Dated:  __4/26/06_____  WEINTRAUB GENSHLEA CHEDIAK

By:/s/_____
CHARLES POST, ESQ.
Attorneys for Defendant HOWE & UNIVERSITY, LLC

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-1785 WBS PAN (JFM), is hereby dismissed with prejudice **as to Howe & University, LLC only**.

Dated: May 2, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE