1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  MARTIN ORLICK, SBN 83908
   JEFFER MANGELS BUTLER & MARMARO
8  TWO EMBARCADERO CENTER, 5TH FLOOR
   SAN FRANCISCO, CA 94111
   Telephone: (415) 398-8080
9  Facsimile: (415) 398-5584

10 Attorneys for Defendant
   Vicorp Restaurant Inc., dba Baker's Square
11

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15 JAMES SANFORD,                    Case No. CIV.S. 05-1785 WBS PAN

16      Plaintiff,
                                     **REQUEST FOR DISMISSAL AND**
17 v.                                **ORDER THEREON**

18 VICORP RESTAURANT INC., dba
   BAKER'S SQUARE,
19
20      Defendant.
                                   /
21

22

23

24

25

26

27

28

Request for Dismissal and Order Thereon                    Sanford v. Baker's Square
                                                           CIV. S-05-1785 WBS PAN

1 | TO THE COURT AND ALL PARTIES:

2 |     Pursuant to a Settlement Agreement and Release between plaintiff, James
3 | Sanford, and defendant, Vicorp Restaurant Inc., dba Baker's Square ("Vicorp"), the
4 | parties hereby request that Vicorp be dismissed with prejudice from the above-entitled
5 | action. This will dismiss the case in its entirety.

7 | Dated: __5/23_____, 2006       LAW OFFICES OF LYNN HUBBARD, III

/s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

12 | Dated: __5/23_____, 2006       JEFFER MANGELS BUTLER & MARMARO

/s/ Martin Orlick
MARTIN ORLICK
Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-1785 WBS PAN, is hereby dismissed with prejudice.

Dated: May 23, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE